UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS J. WRIGHT, on behalf of himself and all others similarly situated<br><br>v.<br><br>RISTORANTE LA BUCA, INC. d/b/a/ RISTORANTE LA BUCA, JEANIE GIULIANI, ANTHONY GIULIANI, and DOE DEFENDANTS 1-10 | Civil Action No. 18-2207 |

**DEFENDANT RISTORANTE LA BUCA, INC., d/b/a/
RISTORANTE LA BUCA'S  ANSWER TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56**

Defendant, Ristorante La Buca, having timely provided its Initial Disclosures pursuant to Fed.R.Civ.P. 26(a), responded fully to Plaintiff's Omnibus Discovery Requests and having its corporate designee sit and complete a deposition pursuant to Fed.R.Civ.P. 30(B)(6), offers no formal response to Plaintiff's Motion for Summary Judgment.[1]


 10-17-2018 
DATE

/s/ RICHARD J. GIULIANI
RICHARD J. GIULIANI, ESQUIRE
Attorney for Defendants
Identification No. 76358
The Bell Atlantic Tower
1717 Arch Street - Suite 3640
Philadelphia, PA 19103
(215) 569-9002
RICHGIULIANI@COMCAST.NET

---

[1] It should be noted that Plaintiff's Motion for Summary Judgment is directed only to the corporate defendant, and not to either of the individual defendants.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS J. WRIGHT, on behalf of himself and all others similarly situated<br><br>v.<br><br>RISTORANTE LA BUCA, INC. d/b/a/ RISTORANTE LA BUCA, JEANIE GIULIANI, RICHARD GIULIANI, and DOE DEFENDANTS 1-10 | Civil Action No. 18-2207 |

## CERTIFICATE OF SERVICE

I hereby certify that I am serving the attached document on the Plaintiff, Nicholas J. Wright, via electronic filing as follows:

    Arkady Eric Rayz, Esquire
    1051 County Line Road, Suite A
    Huntingdon Valley, PA 19006
    Attorney for Plaintiff

    Gerald D. Wells, Esquire
    2200 Renaissance Blvd. - Suite 275
    King of Prussia, PA 19406
    Attorney for Plaintiff

    Respectfully submitted,

DATED:  October 17, 2018

/s/ RICHARD J. GIULIANI
RICHARD J. GIULIANI, ESQUIRE
Attorney for Defendants