# EXHIBIT 1 – PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS J. WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>RISTORANTE LA BUCA, INC., et al.,<br><br>Defendant(s). | Civil Action No. 2:18-cv-02207-MAK |

### ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Upon the joint application of the named Plaintiff as well as the Opt-In Plaintiffs (together, the "Plaintiffs"), and all of the Defendants ("Defendants"), by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice approving the parties' negotiated settlement agreement in the above-captioned action, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**HEREBY ORDERED AS FOLLOWS:**

1. The duly executed agreement, which includes, among other things, a waiver and release of the Plaintiffs' claims pursuant to the Fair Labor Standards Act of 1938, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

2. The settlement agreement is approved as a fair and reasonable disposition of the Plaintiffs' claims; and

3. This action, including all claims asserted by the Plaintiffs herein, is hereby dismissed with prejudice as against all of the Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

The Court shall retain jurisdiction over this matter for purposes of enforcing the parties' settlement agreement, if necessary.

**SO ORDERED.**


Dated: _____, 2019          _____
                                     MARK A. KEARNEY, U.S.D.J.